UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **21cr250** |
| | : | |
| - v - | : | CRIMINAL INFORMATION |
| ANDREW MAFFEY, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - x

## CRIMINAL INFORMATION

The United States charges:

## GENERAL ALLEGATIONS

At all relevant times:

1.  The United States Department of State's Office of Foreign Missions facilitated the operation of foreign missions, including embassies, consulates, posts, and other international organizations. United States law permitted such foreign missions to operate within the United States under the direction of a foreign government. "Foreign mission members" included those individuals employed by a foreign mission to represent a foreign government within the United States.

2.  OFM's Bonded Warehouse Program permitted foreign missions and their members to purchase certain merchandise and commodities, including liquor, wine, and beer, exempt from applicable taxes and duties. The only mechanism through which a foreign mission or its members could obtain such an exemption was by purchasing these products through an approved "bonded

warehouse" vendor, designated as such by U.S. Customs and Border Protection.

3. Beginning in 2011, OFM required all foreign missions and their eligible members to submit requests for approval of tax- and duty-free purchases using the Department of State's E-Government System, a password-protected, web-based program operated by OFM. The E-Government System required users to select from a list of approved bonded warehouses.

4. Exempt purchases were subject to a "reasonable quantity" limitation established by OFM. Orders that exceeded this limitation were flagged in the E-Government System for OFM review. When excessive orders were flagged, OFM policy required employees to "use discretion and consider all available information to determine if the order [was] reasonable and should be approved."

5. Defendant ANDREW MAFFEY was employed by OFM as a Program Specialist. MAFFEY's official responsibilities included reviewing and, where appropriate, approving the tax- and duty-free orders that foreign missions located in the New York City area placed through the Bonded Warehouse Program.

6. COMPANY A was an approved bonded warehouse through which foreign missions and their members placed orders for duty-free alcohol. COMPANY A was a subsidiary of COMPANY B.

7. PERSON A, PERSON B, PERSON C, and PERSON D were employees of COMPANY A. As Operations Manager, PERSON B supervised PERSON A, PERSON C, and PERSON D.

**COUNT 1**
**Conspiracy to Commit Bribery**
**(Title 18, United States Code, Section 371)**

8. The allegations set forth in Paragraphs 1-7 are realleged and incorporated by

reference as though fully set forth herein.

9. From in or about 2011, and continuing thereafter until at least in or about January 2019, in the Southern District of New York and elsewhere, the Defendant, ANDREW MAFFEY, PERSON A, PERSON B, PERSON C, PERSON D, and others known and unknown, did knowingly and unlawfully combine, conspire, confederate, and agree together and with others known and unknown to commit an offense against the United States; that is,

a. to, directly and indirectly, corruptly give, offer, and promise anything of value to a public official and to any other person and entity, with intent to influence an official act, and to induce such public official to do and omit to do an act in violation of the lawful duty of such official; that is, offering to give to MAFFEY, a public official, and to other persons and entities, things of value to influence official acts benefitting COMPANY A's business interests, in violation of 18 U.S.C. § 201(b)(1); and

b. to, being a public official, to directly and indirectly, corruptly demand, receive, accept, and agree to receive and accept anything of value personally and for any other person and entity, in return for being influenced in the performance of an official act, and being induced to do and omit to do any act in violation of the official duty of such official and person; that is, MAFFEY, a public official, sought and received things of value from PERSON A, PERSON B, PERSON C, PERSON D, and others in order to influence MAFFEY's official acts, in violation of 18 U.S.C. § 201(b)(2).

**Purpose of the Conspiracy**

10.     The purpose of the conspiracy was for MAFFEY and others to use MAFFEY's official position to benefit and enrich themselves through bribery.

**Manner and Means of the Conspiracy**

The manner and means by which MAFFEY and others carried out the conspiracy included, but were not limited to, the following:

11.     PERSON A, PERSON B, PERSON C, PERSON D, and others offered and gave, and MAFFEY received and accepted from them, things of value, including tickets to sporting events, meals and beverages, outings to adult entertainment venues, and faux currency used in lieu of cash at such venues.  PERSON A, PERSON B, PERSON C, PERSON D, and others provided such things of value using COMPANY A and COMPANY B's funds.

12.     MAFFEY withheld information from his supervisors to conceal the extent of his official action on COMPANY A's behalf.

13.     MAFFEY, PERSON A, PERSON B, PERSON C, PERSON D, and others used text messages, e-mail, and telephone calls to discuss prioritizing, expediting, and approving certain tax- and duty-free purchases.  In these communications, COMPANY A employees referred to certain "911" orders—that is, those that they identified as of the highest priority and requiring immediate attention.

14.     In exchange for the things of value that COMPANY A and its employees provided to him, MAFFEY used his access to the OFM database to authorize and approve duty-free orders associated with COMPANY A, including "911" orders and orders that exceeded the "reasonable quantity" limit. MAFFEY also provided information to COMPANY A employees regarding OFM's "reasonable quantity" limit on certain orders placed using OFM's web-based system,

affording COMPANY A employees an opportunity to change their orders to ensure approval. Additionally, when certain orders were rejected by OFM, MAFFEY informed COMPANY A employees of what information was missing from the order or what needed to be changed for approval. Although it was not typical practice to do so, MAFFEY often notified PERSON A and others what needed to be changed to ensure approval.

## Overt Acts

In furtherance of the conspiracy and to effect its objects, MAFFEY, PERSON A, PERSON B, PERSON C, PERSON D, and others committed the following overt acts, among others, in the Southern District of New York and elsewhere:

15. On or about November 10, 2011, PERSON A sent an email to MAFFEY. In the email, PERSON A wrote, "The Mission of France submitted an order this morning that they need for an event tomorrow. The transaction ID is 5000205006. When you receive it on your end can you please process it for approval and shoot me an e-mail! It would be greatly appreciated! Also, the Mission of New Zealand will be submitting an order shortly and need[s] it for a reception tomorrow as well. I will get you that transaction ID and hopefully you will receive their order on your end to process it for approval. Take a look at the [R]angers schedule and let me know a few games you would want to go to so that I can see if one of them are available and can put aside tickets. YOU THE MAN!"

16. Approximately thirty-nine minutes later, in his emailed response to PERSON A, MAFFEY indicated that the order referenced by PERSON A and placed by the Mission of France had been accepted. In the same message, MAFFEY noted, "I will send you an e-mail once I accept that [N]ew Zealand order. I will look at the schedule for the games, thanks again!"

17. That same day, on or about November 10, 2011, PERSON A emailed MAFFEY,

"Here is the Transaction ID for the Mission of New Zealand – 5000205985. Please email me when you process it on your end." Approximately nineteen minutes later, PERSON A again emailed MAFFEY, "Sorry to be such a bother today. The Consulate of Egypt also submitted an order that is needed for a reception for the Consul General. The transaction ID is 5000204586. If you see it on your end, please process it and just shoot me an email. As always, greatly appreciated!"

18.     That same day, on or about November 10, 2011, MAFFEY sent an email reply to PERSON A indicating that the referenced order placed by the Consulate of Egypt had been accepted.

19.     On or about November 10, 2011, MAFFEY approved an order from the Mission of France to the United Nations for $226.20 and an order from the Mission of New Zealand for $1,123.44. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with both orders.[1]

20.     On or about January 24, 2012, employees of COMPANY A provided Maffey with tickets to a New York Rangers hockey game.

21.     On or about February 2, 2012, MAFFEY notified PERSON A, PERSON B, and other COMPANY A employees that OFM's server was down and informed them, "I have both your 911 emails." PERSON B responded shortly thereafter with an image:



---

[1] There is a discrepancy in the order numbers listed in these emails and the order numbers reflected in the OFM database. Orders placed around or before June 2012 were incorrectly archived using a country-code number, which generally started with the number "1." According to personnel associated with OFM's computer programming processes, a software update in or around June 2012 caused these order numbers to be errantly replaced by the corresponding country-code.

22. On or about May 3, 2012, PERSON A e-mailed MAFFEY, "Hey AM, [PERSON B] mentioned to email you if we have an order to get approved. The M. Vietnam resubmitted trans[action] ID 5000252238. It was returned to mission but it didn't say why[.] . . . Please approve if you can today." The same day, MAFFEY responded to PERSON A, "Was able to process this one, the system is still *slow*going [sic] though…"

23. On or about May 3, 2012, MAFFEY approved five orders placed by the Permanent Mission of the Socialist Republic of Vietnam to the United Nations, totaling $5,338.70. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

24. On or about June 19, 2012, MAFFEY approved $15,028.73 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

25. On or about June 20, 2012, MAFFEY approved $54,544.43 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

26. On or about June 21, 2012, MAFFEY approved $16,969.80 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

27. On or about June 22, 2012, PERSON B emailed MAFFEY: "Meet at my office at 1:45 for lunch today next store [sic] at Ali Baba." The same day, MAFFEY responded to PERSON B, "Ok, thanks."

28. On or about June 22, 2012, MAFFEY approved $5,731.83 in orders placed by

various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

29.     On or about June 25, 2012, MAFFEY approved $12,656.68 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

30.     On or about June 26, 2012, MAFFEY approved $181,726.72 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

31.     On or about August 27, 2012, PERSON A sent an e-mail to MAFFEY and attached two orders, identified with transaction IDs 5000276696 and 5000276528. In his email, PERSON A asked: "Can you look into these for my customer please. I don't see why they are not reasonable quantities if we are going by the 6/6/6/40 Rule?" On the following day, MAFFEY replied: "Have them resubmit those two orders."

32.     On or about August 27, 2012, MAFFEY approved Order Numbers 5000276696 and 5000276528, totaling approximately $5,889.28. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

33.     On or about September 26, 2012, MAFFEY approved $19,740.38 in orders for which COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

34.     On or about September 27, 2012, PERSON B e-mailed MAFFEY and copied PERSON A in an email with the subject line, "Happy G.A." The body of the message included an image: "I [HEART] STEAK."

35.     On or about September 27, 2012, MAFFEY approved $109,445.74 in orders for

which COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

36. On or about September 28, 2012, MAFFEY approved $493,628.86 in orders for which COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

37. PERSON B sent a calendar invitation to MAFFEY and PERSON A for November 15, 2012. The subject of the calendar invitation was "Steak[.]"

38. On or about January 18, 2013, MAFFEY approved $4,820.60 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

39. On or about January 20, 2013, employees of COMPANY A provided MAFFEY with tickets to a New York Rangers hockey game.

40. On or about January 22, 2013, MAFFEY approved $47,315.39 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

41. On or about July 1, 2013, MAFFEY approved $6,243.74 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

42. On July 2, 2013, PERSON B sent an email entitled "Dinner tonight" to MAFFEY. PERSON A was copied on the message. The message included the time and location of a four-person dinner reservation at a New York City restaurant. In the email, PERSON B asked MAFFEY to confirm the reservation. The body of the message read: "AM, Please confirm[.]"

43. The following day, on or about July 3, 2013, MAFFEY approved $18,232.67 in

orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

44.     On or about July 5, 2013, three days after receiving an email from PERSON B asking him to confirm dinner, MAFFEY approved $9,871.03 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

45.     On or about October 25, 2013, MAFFEY approved $11,910.50 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

46.     On or about October 28, 2013, MAFFEY approved $11,482.57 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

47.     On or about October 29, 2013, MAFFEY approved $20,518.21 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

48.     On or about October 30, 2013, MAFFEY approved $23,272.68 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

49.     On or about January 17, 2014, PERSON A emailed MAFFEY: "Great lunch yesterday! Good times as always! Was wondering if you can review [Transaction] ID 5000402002 for the [M]ission of Vietnam when you get a chance." On the same day, MAFFEY responded to PERSON A, "Transaction 5000402002 has been successfully approved!"

50.     On or about January 17, 2014, MAFFEY approved Order Number 5000402002 for

the P.M. of the Socialist Republic of Vietnam to the United Nations, totaling $5,760.00. This followed PERSON A's request that MAFFEY review that specific order. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with this order.

51. On or about May 29, 2014, PERSON A emailed MAFFEY, "I was wondering if you can review an official order for Mission of Vietnam. They have a reception this weekend and need the merchandise." MAFFEY responded, "Transaction 5000461383 has been returned to mission. Reason: please specify official function and number of people attending." PERSON A replied, "[T]hey said that this was included within the remarks section . . . Is that ok? Or something else is needed?" MAFFEY replied, "Have them resubmit with those comments and I will process."

52. On or about May 29, 2014, after emailing with PERSON A and informing him of deficiencies in the order, MAFFEY approved Order Number 500461383 for the Mission of Vietnam to the United Nations, totaling $7,920.00. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with this order.

53. On or about October 10, 2014, MAFFEY approved $44,472.79 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

54. On or about October 12, 2014, employees of COMPANY A provided MAFFEY with tickets to a New York Rangers hockey game.

55. On or about October 14, 2014, two days after receiving New York Rangers tickets from COMPANY A, MAFFEY approved $18,318.00 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

56. On or about July 1, 2015, PERSON A e-mailed Maffey, "Below are a few orders for Mission of Vietnam that are needed for the weekend. Can you please review them when you have a chance[?]" PERSON A then listed three order numbers. On the same day, MAFFEY replied to PERSON A, "These orders have been successfully approved!"

57. On or about July 1, 2015, MAFFEY approved Order Numbers 500622308, 500062242, 500062228, totaling approximately $8,229.25. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

58. On or about August 24, 2015, PERSON A emailed MAFFEY, "My contact at the Mission of Chad is inquiring about an order that was recently returned to the mission for unreasonable quantity. It is transaction ID 634795. . . . Please take a look and let me know what to tell them." On or about the following day, PERSON A again e-mailed MAFFEY, "Hello[,] my friend! Just wanted to follow up on the below." On or about the same day, MAFFEY responded, "Hey[,] I was out yesterday, tell them to resubmit the transaction and I will approve it today." Approximately two hours later, MAFFEY e-mailed PERSON A, "Transaction 5000634795 has been successfully approved!"

59. On or about August 24, 2015, MAFFEY approved Order Number 5000634795 for the Mission of Chad to the United Nations, totaling approximately $2,808.64. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

60. On or about October 22, 2015, PERSON B e-mailed MAFFEY: "Question about a M. Vietnam Order – transaction ID 5000649576. . . . Can you please take a look again and see if its [sic] ok to be processed." The same day, MAFFEY replied, "Have them resubmit transaction ID 5000649576 and I will process."

61.     On or about October 22, 2015, after receiving an email from PERSON B inquiring about an order that had been rejected, MAFFEY approved Order Number 5000649576 for the P.M. of the Socialist Republic of Vietnam to the United Nations, totaling approximately $510.00. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

62.     On or about November 27, 2015, MAFFEY approved approximately $1,098.25 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

63.     On or about November 30, 2015, employees of COMPANY A provided MAFFEY with tickets to a New York Rangers hockey game.

64.     On or about November 30, 2015, MAFFEY approved approximately $76,166.61 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

65.     On or about December 1, 2015, MAFFEY approved approximately $67,350.82 in orders placed by various foreign missions. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

66.     On or about December 22, 2015, MAFFEY emailed PERSON A, "Call me about this one," and listed Order Number 5000664413.

67.     On or about December 22, 2015, MAFFEY approved Order Number 5000664413 from the P.M. of the Central African Republic to the United Nations for $1,188.00. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with this order.

68.     On or about November 29, 2016, PERSON A emailed MAFFEY concerning an

order placed by the Mission of Australia that had been rejected and returned. PERSON A requested that MAFFEY review and approve the order. On the same day, PERSON A sent an additional email to MAFFEY concerning the rejected order. The following day, PERSON A emailed MAFFEY: "Hope you made out ok last night. Good times as always. When you get a chance, please look at my two emails below so that I can advise my customer. Very close friend and customer of mine." MAFFEY replied approximately seven minutes later: "Fun times last night! Got home ok. After further consideration, have them resubmit the order and I will approve it." Later that same day, MAFFEY sent PERSON A another email, stating: "Transaction 6000031841 has been successfully approved!"

69. On or about November 30, 2016, MAFFEY approved Order Number 6000031841 for the Mission of the Commonwealth of Australia to the United Nations, totaling $1,660.56. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with this order.

70. On or about August 7, 2017, PERSON B emailed MAFFEY a message with the subject line, "YOU WORKING TODAY." MAFFEY responded: "Yup yup. You got 911's???" PERSON B replied: "AM IN THE PM CLEAR IT ALL LOL[,] ANTIGUA PENDING." MAFFEY replied: "Transaction 6000094545 has been successfully approved!" PERSON B responded: "AM #1."

71. On or about August 7, 2017, after receiving an email from PERSON B, MAFFEY approved Order 6000094545 for the Mission of Barbuda and Antigua to the United Nations, totaling $972.00. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with this order.

72. On or about September 7, 2017, prior to emailing PERSON D, MAFFEY approved

Order Number 6000104608 for $7,512.48, Order Number 600104612, totaling $654.48, and Order Number 600104616, totaling $2,822.40. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with this order.

73. On or about September 7, 2017, MAFFEY e-mailed PERSON D, referenced Order Numbers 6000104608, 600104612, and 600104616 and indicated that they had been approved. On the same day, PERSON D responded, "Thank you."

74. On or about September 22, 2017, PERSON A emailed MAFFEY: "I was wondering if you were able to assist me in getting an order processed for approval. Mission of Tanzania has a reception tomorrow. . ." MAFFEY responded fourteen minutes later: "Transaction 6000110032. . . approved!" PERSON A replied: "Thanks!! Got one more your way. Sorry for the bombardment. TRANSACTION ID 110108 – [M]ission of Vietnam[.]" MAFFEY emailed PERSON A twenty-one minutes later: "Transaction 6000110108 has been successfully approved!" PERSON A answered: "THANK YOU!!!!"

75. On or about September 22, 2017, MAFFEY approved Order 60000110032, totaling $480.80, and Order Number 60000110108, totaling $5,520.00. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated this order.

76. On or about December 20, 2017, PERSON A e-mailed MAFFEY to request that MAFFEY provide information regarding why an order placed by the Mission of Laos was rejected. On or about the following day, PERSON A again e-mailed MAFFEY to follow up. On or about December 21, 2017, MAFFEY responded: "DC wants them to reduce certain items and to delete others from the orders. They are specified in the comments section when they got returned to the Mission, but if you have the transaction numbers, I can tell you specifically what needs to be done with each tomorrow morning."

77.     On or about April 2, 2018, before agreeing to meet for lunch later that week, PERSON D emailed MAFFEY to ask him to obtain information concerning a diplomat. MAFFEY provided this information to PERSON D.

78.     On or about October 24, 2018, MAFFEY approved $1,011 in orders for which COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with these orders.

79.     On or about October 28, 2018, employees of COMPANY A provided MAFFEY with tickets to a New York Rangers hockey game.

80.     On or about January 16, 2019, MAFFEY approved $210.01 in orders for which COMPANY A/COMPANY B was listed in the E-Government System as the associated bonded warehouse.

81.     On or about January 17, 2019, MAFFEY attended a New York Rangers hockey game with PERSON C. The hockey tickets were provided by employees of COMPANY A.

82.     On or about January 23, 2019, shortly after attending a New York Rangers hockey game together, MAFFEY and PERSON C exchanged text messages concerning orders. PERSON C identified Order Number 6000235470 as a "911" order.  During that text exchange, MAFFEY informed PERSON C that the order was missing information and needed to be resubmitted. That same day, MAFFEY confirmed the order's approval via a text message to PERSON C.

83.     On or about January 23, 2019, MAFFEY approved Order Number 6000235470, an order placed by the Mission of Canada to the United Nations for approximately $162.00. COMPANY A/COMPANY B was listed in the E-Government System as the bonded warehouse associated with this order.

84.     On or about January 23, 2019, MAFFEY approved $18,368.41 in orders for which

COMPANY A/COMPANY B was listed in the E-Government System as the associated bonded warehouse.

85.     On or about January 24, 2019, MAFFEY approved $5,530.43 in orders for which COMPANY A/COMPANY B was listed in the E-Government System as the associated bonded warehouse.

## FORFEITURE ALLEGATION

(Conspiracy to Commit Bribery – 18 U.S.C. §371)

86.     The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

87.     Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of conspiracy to commit bribery, in violation of Title 18, United States Code, Section 371, the defendant, ANDREW MAFFEY, shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to said violation.

88.     If any of the property described above, as a result of any act or omission of the defendant:

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

COREY R. AMUNDSON
Chief, Public Integrity Section

By: /s/ Rebecca G. Ross
Rebecca G. Ross
Jessica C. Harvey
Trial Attorneys