

U.S. Department of Justice

Criminal Division

---

Public Integrity Section                                 Washington, D.C. 20530

September 15, 2021

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:**   *United States* v. *Andrew Maffey*, 21 CR 250

Dear Judge Buchwald:

The Government respectfully submits this letter regarding the schedule for the defendant's sentencing, for which a control date was set for September 14, 2021.

As the Court is aware, on April 14, 2021, the defendant pled guilty to an Information pursuant to a cooperation agreement with the Government, and the Court set a control date in order to allow for the defendant's continued cooperation.

Given that the defendant's cooperation is ongoing, the Government respectfully requests, on consent of defense counsel, that the Court adjourn the sentencing control date for approximately six months to allow for the defendant's continued cooperation, and to not order the defendant's Presentence Report at this time.

Respectfully submitted,

COREY R. AMUNDSON
Chief

By: *Rebecca G. Ross*
Rebecca G. Ross
Trial Attorney
United States Department of Justice
Criminal Division | Public Integrity Section

```
Application granted. The
control date is adjourned
until March 14, 2022.
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated: New York, New York
       September 20, 2021
```