

U.S. Department of Justice

Criminal Division

---

Public Integrity Section                                          Washington, D.C. 20530

March 14, 2022

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     United States v. Andrew Maffey, 21 CR 250

Dear Judge Buchwald:

The Government respectfully submits this letter regarding the schedule for the defendant's sentencing, for which a control date was originally set for September 14, 2021.

As the Court is aware, on April 14, 2021, the defendant pled guilty to an Information pursuant to a cooperation agreement with the Government, and the Court set a control date to allow for the defendant's continued cooperation. On September 15, 2021, the Government respectfully requested the Court adjourn the original sentencing control date for approximately six months. The Court granted that request and adjourned the sentencing control date until March 14, 2022.

Given that the defendant's cooperation is ongoing, the Government respectfully requests, on consent of defense counsel, that the Court adjourn the sentencing control date for an additional six months to allow for the defendant's continued cooperation, and to not order the defendant's Presentence Report at this time.

Respectfully submitted,

COREY R. AMUNDSON
Chief

By:    /s/ Rebecca G. Ross
       Rebecca G. Ross
       Trial Attorney
       United States Department of Justice
       Criminal Division
       Public Integrity Section

*[Handwritten annotation:] The control date is adjourned until September 14, 2022. So Ordered. [signature] Buchwald USDJ 3/15/22*