

U.S. Department of Justice

Criminal Division

---

*Public Integrity Section*            *Washington, D.C. 20530*

September 13, 2022

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

       Re:    *United States* v. *Andrew Maffey*, 21 CR 250

Dear Judge Buchwald:

       The Government respectfully submits this letter regarding the schedule for the defendant's sentencing, for which a control date was originally set for September 14, 2021.

       As the Court is aware, on April 14, 2021, the defendant pled guilty to an Information pursuant to a cooperation agreement with the Government, and the Court set a control date to allow for the defendant's continued cooperation. On September 15, 2021, the Government respectfully requested the Court adjourn the original sentencing control date for approximately six months. The Court granted that request and adjourned the sentencing control date until March 14, 2022. On March 14, 2022, the Government again respectfully requested the Court adjourn the sentencing control date. This Court granted that request and adjourned the sentencing control until September 14, 2022.

       Given that the defendant's cooperation is ongoing, the Government respectfully requests, on consent of defense counsel, that the Court adjourn the sentencing control date for an additional six months to allow for the defendant's continued cooperation, and to not order the defendant's Presentence Report at this time.

Respectfully submitted,

COREY R. AMUNDSON
Chief

By:    /s/ *Rebecca G. Ross*
        Rebecca G. Ross
        Trial Attorney
        United States Department of Justice
        Criminal Division
        Public Integrity Section

---

Application granted. The control date is adjourned until March 14, 2023.
**SO ORDERED.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
           September 14, 2022